UNSEALED 2/10/15

| U.S. Department of Justice | | Criminal Docket |
|---|---|---|
| Washington, D.C. | | |
| 01/30/2015/ed | | |

McALLEN Division          CR. No. **M-15-150**

**SEALED INDICTMENT** Filed: February 4, 2015    Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2011R01208**

UNITED STATES OF AMERICA

Attorneys:
KENNETH MAGIDSON, ACTING U.S. ATTORNEY

v.

KRISTEN J. REES, ASST. U.S. ATTORNEY

SUSANA MUNGUIA    --WARRANT--    Cts. 1-8
LUBINA PEDRAZA    --WARRANT--    Cts. 1-8

Charge(s):
- Ct. 1: Conspiracy to commit offense or defraud United States
  Title 18, United States Code, Section 371.
- Cts. 2-8: Bribery of public officials and witnesses.
  Title 18, United States Code, Sections, 201(b)(2)(A) and 2.

Total Counts **(8)**

Penalty:
- Ct. 1: Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT
- Cts. 2-8: A $250,000 fine or not more than three times the monetary equivalent of the thing of value, whichever is greater, or Imprisonment for not more than 15 yrs. or both and not more than a 3 yr. SRT (as to each count)

Agency: HUD-Office of the Inspector General – Garrett J. Westfall – 2014SW000111I

Proceedings

Date